# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JESSIE M. PALMER  
1232 S. FLOAT AVENUE   SSN-xxx-xx-6827  
FREEPORT, IL  61032

Case Number: 04-71545

Case filed on: 3/23/2004  
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,862.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 203 | HOUSEHOLD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JESSIE M. PALMER | 0.00 | 0.00 | 648.11 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 648.11 | 0.00 |
| 001 | CORNERSTONE CREDIT UNION | 2,000.00 | 2,000.00 | 2,000.00 | 718.21 |
| 002 | CORNERSTONE CREDIT UNION | 7,100.00 | 7,100.00 | 7,100.00 | 2,010.05 |
| 003 | HOUSEHOLD FINANCIAL SERVICES INC | 8,312.16 | 0.00 | 0.00 | 0.00 |
| 004 | STEPHENSON COUNTY CLERK | 2,200.00 | 2,200.00 | 2,200.00 | 622.80 |
|  | Total Secured | 19,612.16 | 11,300.00 | 11,300.00 | 3,351.06 |
| 001 | CORNERSTONE CREDIT UNION | 1,528.15 | 0.00 | 0.00 | 0.00 |
| 002 | CORNERSTONE CREDIT UNION | 875.66 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 650.71 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 1,626.32 | 0.00 | 0.00 | 0.00 |
| 008 | CORNERSTONE CREDIT UNION | 1,070.99 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 1,721.61 | 0.00 | 0.00 | 0.00 |
| 010 | SALLIE MAE GUARANTEE SERVICES INC | 8,912.17 | 0.00 | 0.00 | 0.00 |
| 011 | SHERMAN ACQUISITION DBA | 1,070.25 | 0.00 | 0.00 | 0.00 |
| 012 | PRECIOUS PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 1,153.78 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 454.74 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 19,064.38 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 40,040.54 | 12,664.00 | 13,312.11 | 3,351.06 |

Total Paid Claimant:    $16,663.17  
Trustee Allowance:      $1,199.33  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan